# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 13-3080

September Term, 2014

1:12-cr-00075-RJL-1

**Filed On:** June 23, 2015

United States of America,

       Appellee

       v.

Arsalan Shemirani,

       Appellant

**BEFORE:**    Garland, Chief Judge; Pillard, Circuit Judge; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of the court's order to show cause filed June 12, 2015, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged, it is

**FURTHER ORDERED** that the sealed opinion filed June 12, 2015, be unsealed. The Clerk is directed to unseal the opinion and issue it publicly.

**<u>Per Curiam</u>**

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

             BY:     /s/
                      Ken Meadows
                      Deputy Clerk